## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TONY COMEAUX** | * | **CIVIL ACTION NO.** |
| | * | |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE** |
| | * | |
| | * | |
| **VELOCITY INSURANCE CO., A RISK** | * | **MAGISTRATE JUDGE** |
| **RETENTION GROUP; ROADRUNNER** | * | |
| **TRANSPORTATION SYSTEMS, INC.;** | * | |
| **AND JUSTIN SPENCE** | * | **JURY DEMAND** |
| ************************************************ | | |

### NOTICE OF REMOVAL

**TO:  THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF LOUISIANA:**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, ROADRUNNER TRANSPORTATION SYSTEMS, INC., which respectfully avers as follows:

I.

On or about September 10, 2021, Plaintiff, TONY COMEAUX, filed a Petition for Damages in the 18th Judicial District Court for the Parish of West Baton Rouge, State of Louisiana, styled "*Tony Comeaux versus Velocity Insurance Co., a Risk Retention Group; Roadrunner Transportation Systems, Inc.; and Justin Spence,*" docket number 1046982 "C." Plaintiffs named as defendants Velocity Insurance Company, a Risk Retention Group ("Velocity"), Roadrunner Transportation Systems, Inc., and Justin Spence. The Petition alleged claimed injury and damages stemming from an automobile incident of October 21, 2020, in West Baton Rouge Parish, Louisiana. Service of the Petition for Damages was requested upon each defendant: 1) upon Roadrunner Transportation Systems, Inc.,

through CT Corporation System; 2) upon Velocity Insurance Company through the Louisiana Commissioner of Insurance; and 3) upon Justin Spence at 108 Jordan Court, Orwell, OH 44076). A copy of the original Petition for Damages is attached hereto as Exhibit "A".

II.

Service was made upon Velocity on September 22, 2021, and upon Roadrunner on September 27, 2021. To date, Defendants have no evidence that Justin Spence has been served. Defendant Roadrunner Transportation Systems, Inc., filed its Dilatory Exception of Vagueness, Ambiguity and Non-Conformity and Answer to the Petition for Damages with the Court on January 3, 2022, a copy of which is attached as exhibit "B.". Undersigned counsel for Roadrunner Transportation Systems, Inc. will file responsive pleadings on behalf of Velocity once this matter has been removed to and lodged with the Honorable Court. Undersigned counsel for Roadrunner Transportation Systems, Inc. will file responsive pleadings on behalf of the defendant driver, Justin Spence, once formal service upon him is made and the appropriate proof of service under the Louisiana Long-Arm Statute is filed by plaintiff. Velocity and Justin Spence, without waiving service or making a general appearance herein, consent to this removal.

III.

There exists complete diversity of citizenship between Plaintiff and all Defendants in this matter.

IV.

Plaintiff Comeaux is a citizen of Assumption Parish, State of Louisiana. (See attached Exhibit "A", Petition for Damages.)

V.

Defendant, Roadrunner Transportation Systems, Inc., is a corporation incorporated under the laws of the State of Delaware with its principal place of business located in the State of Illinois at 1431 Opus Place, Suite 503, Downers Grove, IL. (See attached Exhibit "C," Affidavit of Frank L. Hurst).

VI.

Defendant Velocity is an insurance company formed under the laws of the State of South Carolina with its principal place of business in the State of South Carolina, located at 1904 Savannah Hwy, Unit 202, Charleston, SC 29407. (See attached Exhibit "D," document from Louisiana Department of Insurance).

VII.

Defendant, Justin Spence, is a citizen and domiciliary of the State of Ohio. (See attached Exhibit "A", Petition for Damages, Paragraph 1(3); Exhibit "E," Louisiana Uniform Motor Vehicle Crash Report, p. 2).

VIII.

Accordingly, there is complete diversity of citizenship between the Plaintiff and all named Defendants. As of the date of the filing of this Notice of Removal, Plaintiff has not named any other defendants.

IX.

In the Petition for Damages, Plaintiff did not allege the amount that the amount controversy exceeds $75,000, exclusive of interest and costs. (*See* attached Exhibit "A"). There was nothing on the face of the Petition to suggest that the amount in controversy could be met regarding plaintiff's claim for damages. However, in his Responses to Requests for Admission dated March 7, 2022[1], Plaintiff admitted his damages did exceed this threshold. Plaintiff's Responses to Request for Admission are attached as Exhibit "F." Additionally, on February 17, 2022 and in his Responses to Requests for Production of Documents, Plaintiff also submitted the cost estimate of Dr. David Muldowny (orthopedic spine surgeon) for an anterior lumbar interbody fusion at L5-S1 with plate and intervertebral device, which surgery Dr. Muldowny had recommended that plaintiff undergo. See Dr. Muldowny's cost estimate for lumbar surgery attached as Exhibit "G". Plaintiff's Responses to Request for Admission and his medical records produced with his Response to Request for Production of Documents constitute "other paper" from which it is clear that Plaintiff's claimed damages exceed the jurisdictional threshold under 28 USC §1332.

X.

This removal is being filed within thirty (30) days of the receipt of "other paper" which demonstrate that Plaintiff's claims exceed the jurisdictional threshold of this Court.

XI.

In accordance with the foregoing, this is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a), and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441, in that it is a civil action wherein

---

[1] Counsel for Defendant was not able to access an initial link which included Plaintiff's discovery responses. Counsel only received the responses to Requests for Admission on March 7, 2022, via e-mail.

the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and is between citizens of different states.

XII.

In accordance with 28 U.S.C. § 1446(d), Defendant swill provide appropriate notice of this Removal to the Parties and to the Clerk of Court for the 18th Judicial District Court for the Parish of West Baton Rouge, State of Louisiana.

**JURY DEMAND**

Defendants are hereby entitled to and request a trial by jury on all issues herein.

**WHEREFORE**, Defendant, ROADRUNNER TRANSPORTATION SYSTEMS, INC., prays that the action entitled "*Tony Comeaux versus Velocity Insurance Co., a Risk Retention Group; Roadrunner Transportation Systems, Inc.; and Justin Spence*," docket number 1046982 "C," in the 18th Judicial District Court for the Parish of West Baton Rouge, State of Louisiana, be removed from that state court docket to the United States District Court for the Middle District of Louisiana.

Respectfully submitted:

/s/ C. Michael Parks

_____
**C. MICHAEL PARKS, #19727**
**GERARD J. DRAGNA, #23042**
**J. EDWARD MCAULIFFE, III, #33969**
Mouledoux, Bland, Legrand & Brackett, LLC
701 Poydras Street, Suite 600
New Orleans, Louisiana 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
Email: mparks@mblb.com
Email: gdragna@mblb.com
Email: emcauliffe@mblb.com
***Attorneys for Defendant, Roadrunner Transportation Systems, Inc.***

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery, or by facsimile transmission, this 18th day of March, 2022, at their last known address of record.

                                        */s/ C. Michael Parks*

                                        _____
                                        **C. MICHAEL PARKS**

h:\1278\210695 - comeaux tony\pleadings\removal\notice of removal.docx