

# Service of Process Transmittal
09/27/2021
CT Log Number 540309506

| | |
|---|---|
| **TO:** | Andrew Mikulecky<br>Roadrunner Transportation Services, Inc.<br>1100 MILWAUKEE AVE<br>SOUTH MILWAUKEE, WI 53172-2013 |
| **RE:** | Process Served in Delaware |
| **FOR:** | Roadrunner Transportation Systems, Inc. (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Tony Comeaux // To: Roadrunner Transportation Systems, Inc. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 1046982 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/27/2021 postmarked: "Not Post Marked" |
| **JURISDICTION SERVED :** | Delaware |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780137074837<br><br>Image SOP<br><br>Email Notification, Andrew Mikulecky amikulecky@rrts.com<br><br>Email Notification, Eric Allison eallison@rrts.com |
| **REGISTERED AGENT ADDRESS:** | The Corporation Trust Company<br>1209 Orange Street<br>Wilmington, DE 19801<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



LAW OFFICES OF
SPENCER H. CALAHAN, L.L.C.
827 SAINT LOUIS STREET
BATON ROUGE, LA 70802



CERTIFIED MAIL

7019 2970 0000 2873 4926



$7.35
US POSTAGE
FIRST-CLASS
062S0010727581
FROM 70802

Roadrunner Transportation Systems, Inc.
1209 Orange Street
Wilmington, DE 19801



827 SAINT LOUIS STREET
BATON ROUGE, LA 70802
PHONE: (225) 387-2323
FAX: (225) 387-2324

SPENCER H. CALAHAN
BENJAMIN T. LOWE
BRADY K. PATIN
CHRISTOPHER W. DEAGANO
BYRON M. HUTCHINSON
WM. TYLER DOWNING

NEW ORLEANS, LA
PHONE: (504) 475-2323

LAFAYETTE, LA
PHONE: (337) 465-2323

DAVID G. DEBLIEUX
DENIS W. BARRY, JR.*
FARAH F. GHEITH
ISAAC E. KHALID
PARKER A. DEAGANO
ADAM W. TAYLOR
*ALSO ADMITTED IN TEXAS

September 16, 2021

**Via Certified Mail # 7019 2970 0000 2873 4926**
**USPS Tracking # 9590 9402 5984 0062 7818 13**
**Return Receipt Requested**

Roadrunner Transportation Systems, Inc.
Through Agent: The Corporation Trust Com
1209 Orange Street
Wilmington, DE 19801

      Re:    Tony Comeaux v. Velocity Insurance Co., A Risk Retention Group, Et Al
              **Docket No. 1046982; Parish of West Baton Rouge; Div. C**

Dear Roadrunner Transportation Systems, Inc.:

      Pursuant to the provisions of LSA-R.S. 13:3201 et seq., you are hereby served with the attached Citation and certified copy of the Petition for Damages in connection with the above referenced matter. Please note that you are allowed thirty (30) days to file a response to the Petition. If a response is not filed within thirty (30) days of service, a default judgment may be taken against is allowed thirty (30) days to file a response to the Petition. If a response is not filed within thirty (30) days of service, a default judgment may be taken against you without further notice.

      If you should have any questions regarding this matter, please feel free to call.

      With kind regards, I am

                             Very truly yours,

                             Byron M. Hutchinson

BMH/vhd
Enclosures

SEP 15 2021

# LONG ARM CITATION
## CITATION PURSUANT TO THE PROVISIONS OF LSA-R.S. 13:3201 ET SEQ.

TONY COMEAUX

Versus

VELOCITY INSURANCE CO., A RISK RETENTION GROUP, ET AL



Case: 00001046982
Division: C
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

TO:  ROADRUNNER TRANSPORTATION SYSTEMS, INC.
THROUGH AGENT: THE CORPORATION TRUST COM
1209 ORANGE STREET
WILMINGTON, DE  19801

**YOU ARE HEREBY SUMMONED** to comply with the prayer of the attached PETITION, REQUEST FOR NOTICE, AND PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, AND REQUESTS FOR ADMISSIONS or file your answer thereto in writing, in the office of the Clerk of Court for the 18th Judicial District Court of the State of Louisiana, in and for the Parish of West Baton Rouge, situated at the Court House of said Parish within thirty(30) days after the filing in the record of the affidavit of the individual who either:

(a) mailed the process to the defendant, showing that it was enclosed in an envelope properly addressed to the defendant, with sufficient postage affixed, and the date it was deposited in the United States mail, to which shall be attached the return receipt of the defendant; or
(b) actually delivered the process to the defendant, showing the date and place, and manner of delivery, under penalty of default.

WITNESS, THE HONORABLE JUDGES OF SAID COURT, ON SEPTEMBER 15, 2021

Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:

BYRON HUTCHINSON

[ RETURN COPY ]

# LONG ARM CITATION
## CITATION PURSUANT TO THE PROVISIONS OF LSA-R.S. 13:3201 ET SEQ.

TONY COMEAUX

Versus

VELOCITY INSURANCE CO., A RISK RETENTION GROUP, ET AL



Case: 00001046982
Division: C
18th Judicial District Court
Parish of West Baton Rouge
State of Louisiana

TO: ROADRUNNER TRANSPORTATION SYSTEMS, INC.
THROUGH AGENT: THE CORPORATION TRUST COM
1209 ORANGE STREET
WILMINGTON, DE 19801

**YOU ARE HEREBY SUMMONED** to comply with the prayer of the attached PETITION, REQUEST FOR NOTICE, AND PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS, AND REQUESTS FOR ADMISSIONS or file your answer thereto in writing, in the office of the Clerk of Court for the 18th Judicial District Court of the State of Louisiana, in and for the Parish of West Baton Rouge, situated at the Court House of said Parish within thirty(30) days after the filing in the record of the affidavit of the individual who either:

(a) mailed the process to the defendant, showing that it was enclosed in an envelope properly addressed to the defendant, with sufficient postage affixed, and the date it was deposited in the United States mail, to which shall be attached the return receipt of the defendant; or

(b) actually delivered the process to the defendant, showing the date and place, and manner of delivery, under penalty of default.

WITNESS, THE HONORABLE JUDGES OF SAID COURT, ON SEPTEMBER 15, 2021

_____
Deputy Clerk of Court
Hon. Mark J. Graffeo, Clerk of Court
18th JDC/West Baton Rouge
PO Box 107
Port Allen, LA 70767

Attorney:
BYRON HUTCHINSON

[ ORIGINAL ]

| | |
|---|---|
| TONY COMEAUX | DOCKET NO.: 104696 SEC.: C |
| VERSUS | 18TH JUDICIAL DISTRICT COURT |
| VELOCITY INSURANCE CO., A RISK RETENTION GROUP; ROADRUNNER TRANSPORTATION SYSTEMS, INC.; and JUSTIN SPENCE | PARISH OF WEST BATON ROUGE STATE OF LOUISIANA |

**PETITION FOR DAMAGES**

NOW INTO COURT, through undersigned Counsel, comes plaintiff, TONY COMEAUX, a person of full age and residing in Assumption Parish, Louisiana, who, with respect avers as follows:

1.

Made defendants herein are:

1. **VELOCITY INSURANCE COMPANY, A RISK RETENTION GROUP,** a foreign insurance company authorized to do and doing business in the State of Louisiana;

2. **ROADRUNNER TRANSPORTATION SYSTEMS, INC.,** a foreign corporation unauthorized to do and doing business in the State of Louisiana; and

3. **JUSTIN SPENCE,** a person of full age and residing in Ashtabula County, OH.

for the following reasons, to-wit:

2.

Upon information and belief and at all times pertinent to this suit, JUSTIN SPENCE and/or a permissive driver, was an employee of ROADRUNNER TRANSPORTATION SYSTEMS, INC. (hereinafter referred to as "ROADRUNNER") in the course and scope of his employment and/or on a mission for ROADRUNNER. As such, ROADRUNNER is vicariously liable or the damages occasioned by the conduct of JUSTIN SPENCE and/or a permissive driver under the doctrine of Respondeat Superior.

3.

On or about October 21, 2020, plaintiff, TONY COMEAUX, was the owner and operator of a 2019 Honda Fit, lawfully traveling eastbound in the left lane of the Interstate 10 Mississippi River bridge in West Baton Rouge Parish, Louisiana.

4.

At approximately the same time and place, defendant, JUSTIN SPENCE and/or a permissive driver, was operating a 2013 International Tractor Trailer, owned by defendant,

ROADRUNNER, traveling eastbound in the middle lane of the Interstate 10 Mississippi River bridge when suddenly and without warning he merged into Plaintiff's lane of travel striking Plaintiff's vehicle along the passenger side, causing the injuries, damages, and losses complained of herein.

5.

This accident was caused solely by the fault and negligence of defendant, JUSTIN SPENCE, and/or a permissive driver. Such fault and negligence includes, but is not necessarily limited to the following:

a. Failing to maintain a proper lookout;

b. Failure to maintain reasonable and proper control of his vehicle upon a public road;

c. Failing to see and do what reasonably should have been seen and done to avoid the collision;

d. Failing to yield;

e. Failure to exercise ordinary care;

f. Failing to observe what the exercise of ordinary care would have revealed; and

g. Any other acts and/or omissions that will be proven at the trial of this matter.

6.

As a result of this accident and due to the fault and negligence of defendant, JUSTIN SPENCE, and/or a permissive driver, plaintiff, TONY COMEAUX, has sustained personal injuries and property damage.

7.

As a result of the fault and negligence of defendant, JUSTIN SPENCE, and/or a permissive driver, Plaintiff is entitled to recover the following past, present, and future damages for the injuries sustained in the aforementioned accident:

a. Physical and mental pain, suffering and anguish;

b. Physical disability and/or impairment of functions and activities;

c. Loss of income and/or loss of earning capacity;

d. Loss of enjoyment of life; and

e. Property damage.

8.

As a result of these injuries, Plaintiff has incurred and will in the future incur expenses which he is entitled to recover from Defendants, including medical expenses, drug/prescription medication, rehabilitation therapy, diagnostic procedures, travel and other related and necessary expenses.

9.

Plaintiff alleges on information and belief that at the time of this accident, there was in full force and effect a policy of liability insurance issued by defendant, VELOCITY INSURANCE COMPANY, A RISK RETENTION GROUP, policy number GWP981221, insuring the 2013 International Tractor Trailer owned by defendant, ROADRUNNER, and operated by defendant, JUSTIN SPENCE and/or a permissive driver.

**WHEREFORE**, plaintiff, TONY COMEAUX, prays that Defendants be served with this petition, and after being duly cited to appear and answer same, and the expiration of all legal delays and due proceedings are had, that there be judgment rendered herein in favor of plaintiff and against defendants, VELOCITY INSURANCE COMPANY, A RISK RETENTION GROUP; ROADRUNNER TRANSPORTATION SYSTEMS, INC.; and JUSTIN SPENCE, jointly and in solido, for all general and equitable relief, in such amounts as are reasonable under the premises and fixed and awarded at trial, together with legal interest thereon from the date of judicial demand until paid, and for all costs of court, including expert witness fees.

Respectfully Submitted:
Law Offices of Spencer H. Calahan

By: _____
Byron M. Hutchinson, Bar No. 33195
Spencer H. Calahan, Bar No. 27192
827 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-2323
Facsimile: (225) 387-2324

**PLEASE SERVE**

VELOCITY INSURANCE COMPANY, A RISK RETENTION GROUP
Through its registered agent for service of process
Louisiana Commissioner of Insurance
1702 N. Third Street
Baton Rouge, LA 70802

*SERVICE INFO CONTINUED ON NEXT PAGE*



**PLEASE PROVIDE CITATIONS AND CERTIFIED COPIES OF THIS PETITION FOR DAMAGES SO THAT SERVICE CAN BE MADE UPON THE FOLLOWING DEFENDANTS VIA THE LOUISIANA LONG ARM STATUTE (13:3201. et seq.):**

ROADRUNNER TRANSPORTATION SYSTEMS, INC.
Through its registered agent for service of process
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

JUSTIN SPENCE
108 Jordan Court
Orwell, OH 44076

| | |
|---|---|
| TONY COMEAUX | DOCKET NO.: 1046962  SEC.: C |
| VERSUS | 18TH JUDICIAL DISTRICT COURT |
| VELOCITY INSURANCE CO., A RISK RETENTION GROUP; ROADRUNNER TRANSPORTATION SYSTEMS, INC.; and JUSTIN SPENCE | PARISH OF WEST BATON ROUGE<br>STATE OF LOUISIANA |

**REQUEST FOR NOTICE**

In accordance with the provisions of Articles 1571 and 1572 of the Louisiana Code of Civil Procedure, you are hereby requested to send me, as counsel of record, written notice by mail, at least ten (10) days in advance of any date fixed for any trial or hearing on this case, whether on exceptions, rules, or on the merits thereof, or any assignment of fixing said case.

Also, in accordance with the provisions of Articles 1913 and 1914 of the Louisiana Code of Civil Procedure, you are hereby requested to send me immediate notice of any order or judgment made or rendered in this case, upon the entry of such order or judgment.

This request for Notice is made with full reservation of all rights, and I ask that you file this Request in the record with my pleadings as formal notice of same.

Respectfully Submitted:

Law Offices of Spencer H. Calahan

By: _____
Byron M. Hutchihson, Bar No. 33195
Spencer H. Calahan, Bar No. 27192
827 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-2323
Facsimile: (225) 387-2324

**PLEASE SERVE WITH PETITION**